IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CRAIG WIZE, | ) | 4:04CV3322 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| UNITED FARMERS COOPERATIVE, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 22) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs.

July 13, 2005.                    BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge